**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jorge Alberto PEREZ–LUNA,**
**Defendant–Appellant.**

**No. 10–10054.**

United States Court of Appeals, Ninth Circuit.

Submitted March 8, 2011.*

Filed March 15, 2011.

Dominic Lanza, Assistant U.S. Attorney, USPX—Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Adrian Paulino Fontes, Counsel, The Law Offices of Adrian P. Fontes, Phoenix, AZ, for Defendant–Appellant.

Jorge Alberto Perez–Luna, pro se.

Before: FARRIS, LEAVY, and BYBEE, Circuit Judges.

## MEMORANDUM **

Jorge Alberto Perez–Luna appeals from his guilty-plea conviction and 21–month

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

sentence for reentry of removed alien, in violation of 8 U.S.C. § 1326(a). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Perez-Luna's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief have been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.